# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO BECERRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:18-CV-00885-DSF-RAO<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>JUDGE: Hon. Dale S. Fischer<br>MAGISTRATE: Hon. Rozella A. Oliver<br><br>CASE REMOVED: April 27, 2018<br>TRIAL DATE: October 1, 2019 |

The Court has read and considered the Parties' Stipulated Protective Order.

GOOD CAUSE APPEARING therefore, the Court grants the Stipulation.

**IT IS SO ORDERED.**

DATED: September 4, 2018

_____
Hon. Rozella A. Oliver
United States Magistrate Judge

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

8628018.1

Case No. 5:18-cv-00885-DSF-RAO
[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER